# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __12 M 965__

2) Defendant's Name: __Nafis__     __Qvasi__     __Mohammad Rezwanul Ahsan__
       (Last)          (First)           (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __✓__Yes __No   Date/Time: __10/17/12__

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: __✓__

11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __James Loonam + Richard Tucker.__

14) DEFENSE COUNSEL'S NAME: __Heidi Cesare__
    Address: _____
    Bar Code: _____ CJA: __ FDNY: __✓__ RET: __

15) LOG #: __( 4:56 – 5:01 )__ MAG. JUDGE: __Mann__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE